**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Agogie, Inc. | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | FKA  Agogie, LLC | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 87-4365948 | |

4. Debtor's address

**Principal place of business**

7839 Stanford Avenue
Saint Louis, MO 63130
Number, Street, City, State & ZIP Code

Saint Louis
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL)    agogie.com

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Agogie, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one*

☐ Health Care Business (as defined in 11 U.S.C § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C § 101(51B))

☐ Railroad (as defined in 11 U.S.C § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*

   ■ The debtor is a small business debtor as defined in 11 U.S.C § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No
☐ Yes

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor   Agogie, Inc.                                               Case number (if known) _____
_____
Name

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes

List all cases. If more than 1, attach a separate list

Debtor _____                Relationship _____

District _____   When _____   Case number, if known _____

11. Why is the case filed in this district?

Check all that apply

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number, Street, City, State & ZIP Code

Is the property insured?

☐ No
☐ Yes   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

13. Debtor's estimation of available funds

Check one

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

15. Estimated Assets

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

16. Estimated liabilities

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   __Agogie, Inc.__                                    Case number (if known) _____
         Name

      ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
      ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
      ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Agogie, Inc.**                                          Case number (if known) _____
          <sub>Name</sub>

█████  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on    02/17/2023
               MM / DD / YYYY

X _____            **Aaron J. Mottern**
Signature of authorized representative of debtor     Printed name

Title    CEO

**18. Signature of attorney**

X _____            Date    2/17/23
Signature of attorney for debtor                     MM / DD / YYYY

**Jenny R. Kasen DE5849**
Printed name

**Kasen & Kasen, P.C.**
Firm name

**1213 N. King St.**
**Suite 2**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-652-3300**    Email address    **jkasen@kasenlaw.com**

**DE5849 DE**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Agogie, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/17/2023    X _____
Signature of individual signing on behalf of debtor

**Aaron J. Mottern**
Printed name

**CEO**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Agogie, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **8fig Inc c/o Sowmya Domma 23875 Ventura Blvd Calabasas, CA 91302** | | **Loan** | **Disputed** | | | **$123,736.03** |
| **ABC/Tory Johnson 47 West 66th Street Room 1141 New York, NY 10023** | | **Vendor** | **Disputed** | | | **$103,432.43** |
| **Barry and Patricia Korman 1234 Kings Glen Saint Louis, MO 63131** | | **Loan** | **Disputed** | | | **$113,000.00** |
| **CFT Clear Finance Technology Corp. dba Clear Banc c/o Alexander Heffernan 200 University Ave, Toronto, ON M5V3C6** | | **Loan** | **Disputed** | | | **$147,127.59** |
| **Cloudfund LLC d/b/a Delta Bridge Funding c/o Boris Yankovich, Esq. 1 World Trade Center Suite 8500 New York, NY 10007** | | **Loan** | **Disputed** | | | **$88,748.00** |
| **Daveen Miller 308 Midstreams Road Brick, NJ 08724** | | **Loan** | **Disputed** | | | **$106,024.00** |

| Debtor | **Agogie, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hybrid Advance c/o Kevin Mayers 5314 16th Ave, Suite 139 Brooklyn, NY 11219** | | **Loan** | **Disputed** | | | **$58,347.75** |
| **Joseph McMillen 843 Ivy Trace Ballwin, MO 63021** | | **Loan** | **Disputed** | | | **$53,846.30** |
| **Jumpstart 2019, LLC 604 Gallatin Avenue, Unit 211 Nashville, TN 37203** | | **Loan** | **Disputed** | | | **$100,000.00** |
| **KDK Technologies c/o Gary Kellmann 1221 Cashmere Lane Saint Peters, MO 63376** | | **Loan** | **Disputed** | | | **$309,469.00** |
| **Lendora Capital, LLC c/o Douglas E. Robinson, Esq. 370 Lexington Avenue, Suite 801 New York, NY 10017** | | **Loan** | **Disputed** | | | **$260,579.95** |
| **META c/o Diana Valeria Centeno 1601 Willow Road Menlo Park, CA 94025** | | **Credit Card** | **Disputed** | | | **$429,287.18** |
| **National Funding, Inc c/o Katie Chapman 9530 Towne Centre Drive, Suite 120 San Diego, CA 92121** | | **Loan** | **Disputed** | | | **$123,442.20** |
| **ODK Capital, LLC d/b/a On Deck Capital c/o Samuel Botkin 4700 W. Daybreak Pkwy, Suite 200 South Jordan, UT 84009** | | **Loan** | **Disputed** | | | **$206,076.66** |

| Debtor | **Agogie, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ouiby, Inc. d/b/a Kickfurther c/o Heidimarie Gulisano 24th Floor Seneca One Tower Buffalo, NY 14203** | | **Consignment Commissions** | **Disputed** | | | **$91,924.65** |
| **Parker Card c/o Manik Chawla 2261 Market Street #4106 San Francisco, CA 94114** | | **Credit Card** | **Disputed** | | | **$149,974.56** |
| **Shopify c/o WebBank 100 Shockoe Slip, 2nd Floor Richmond, VA 23219** | | **Loan** | **Disputed** | | | **$59,151.83** |
| **Slope Financial c/o Ashish Jain 45 Lansing Street #905 San Francisco, CA 94105** | | **Loan** | **Disputed** | | | **$207,452.66** |
| **Stephen H. Miller and Susan K. Miller co-trustees of the Stephen H. Miller and Susan K. Miller Revocable Trust 1729 Butternut Drive Frontenac, MO 63131** | | **Rent** | **Disputed** | | | **$840,000.00** |
| **U.S Small Business Association 14925 Kingsport Road Fort Worth, TX 76155** | | **Loan** | **Disputed** | **$347,936.36** | **$60,000.00** | **$287,963.36** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re __Agogie, Inc.__ _____     Case No. _____
                                Debtor(s)          Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept an initial retainer payment of ....................     $          **10,000.00**

   Prior to the filing of this statement I have received .............................................     $          **15,000.00**

   Balance Due .............................................................................................     $               **0.00**

2. $__1,738__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Kasen & Kasen, P.C. has agreed to render legal services and be compensated for such services in accordance with and subject to all terms and conditions set forth in its retainer agreement with the Debtor, the terms of which are incorporated herein by reference, and a copy of which will be made available upon request. Pursuant to the retainer agreement, the applicable hourly rates by which all legal services are to be billed  are as follows: David A. Kasen $500.00/hour; Jenny R. Kasen $400.00/hour; Michael J. Kasen $400/hour. Nothing contained in the herein disclosure is intended or shall be construed to limit the terms and conditions set forth in the retainer agreement. Further, Kasen & Kasen, P.C. retains its rights to amend the herein disclosure at any time. Furthermore, Kasen & Kasen, P.C. understands that it must receive the Court's approval of any post-petition fees and/or expenses charged to the debtor(s) and to be paid pursuant to D.N.J. LBR 2016-1. As of the petition date, Kasen & Kasen, P.C. has received a retainer of $15,000, which includes the $1738 filing fee, $5,000 of which was drawn down pre-petition for pre-petition fees and expenses incurred in connection with the preparation of this bankruptcy filing.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____2/17/23_____     _____
*Date*                           Jenny R. Kasen DE5849
                                 *Signature of Attorney*
                                 Kasen & Kasen, P.C.
                                 1213 N. King St.
                                 Suite 2
                                 Wilmington, DE 19801
                                 302-652-3300  Fax: 856-424-7565
                                 jkasen@kasenlaw.com
                                 *Name of law firm*

**United States Bankruptcy Court**
**District of Delaware**

In re   Agogie, Inc.                                                    Case No.
                          Debtor(s)                    Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:   2/17/23

Aaron J. Mottern/CEO
Signer/Title

8fig Inc
c/o Sowmya Domma
23875 Ventura Blvd
Calabasas, CA 91302

Aaron Mottern
7839 Stanford Avenue
Saint Louis, MO 63130

ABC/Tory Johnson
47 West 66th Street
Room 1141
New York, NY 10023

Alexander Kliman
41 Flower Hill Ct
Saint Louis, MO 63122

Amazon
410 Terry Avenue N.
Seattle, WA 98109

American Broadcasting Companies, Inc.
Attn: Jim Halinski
47 West 66th Street
Room 1141
New York, NY 10023

Anders Minkler Huber & Helm LLP
800 Market Street
Suite 500
Saint Louis, MO 63101

Anthill Consulting Group, LLC
c/o Jeremy Brockbank
5255 North Edgewood Drive
 Suite 175
Provo, UT 84604

Barry and Patricia Korman
1234 Kings Glen
Saint Louis, MO 63131

Boxing It Up, LLC
c/o Jeff Jernigan
3732 N. Broadway
Saint Louis, MO 63147

Brex
12832 Frontrunner Blvd, Suite 500
Draper, UT 84020

Brian Corrigan
537 Locust Court
Saint Louis, MO 63119

Capital One
1680 Capital One Drive
Mc Lean, VA 22102

CFT Clear Finance Technology Corp.
dba Clear Banc
c/o Alexander Heffernan
200 University Ave, Toronto, ON
MSV3C6

CFT Clear Finance, Technology Corp.
c/o Ivan Gritsiniak, Vice President
 2810 N Church St #68100
Wilmington, DE 19802-4447

Cloudfund LLC
400 Rella Blvd.
Suite 165-101
Suffern, NY 10901

Cloudfund LLC d/b/a Delta Bridge Funding
c/o Boris Yankovich, Esq.
1 World Trade Center
Suite 8500
New York, NY 10007

Cloudfund, LLC
Delta Bridge Funding LLC
2875 NE 191st Street
Suite 500
Aventura, FL 33180

Daveen Miller
308 Midstreams Road
Brick, NJ 08724

DHL
16855 Northchase Drive
Houston, TX 77060

Email Compossed
c/o Daniel Peleg
30 N Gould St. Suite B
Sheridan, WY 82801

FedEx
c/o Peter Disciascio
105 White Oak Lane
Old Bridge, NJ 08857

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Fox Capital Group, Inc
 1920 E Hallendale Beach Blvd, STE 503
Hallandale, FL 33009

Fox Capital Group, Inc.
c/o Josh K
71 S. Central Avenue
Valley Stream, NY 11580

Georgia Department of Revenue
P.O. Box 740399
Atlanta, GA 30374

Hey Let's Train, LLC
7839 Stanford Avenue
Saint Louis, MO 63130

Hybrid Advance
c/o Kevin Mayers
5314 16th Ave, Suite 139
Brooklyn, NY 11219

Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794

Indiana Department of Revenue
100 N. Senate Avenue
Indianapolis, IN 46204

Joseph McMillen
843 Ivy Trace
Ballwin, MO 63021

Jumpstart 2019, LLC
604 Gallatin Avenue
Unit 211
Nashville, TN 37203

KDK Technologies
c/o Gary Kellmann
1221 Cashmere Lane
Saint Peters, MO 63376

Lendora Capital, LLC
c/o Douglas E. Robinson, Esq.
370 Lexington Avenue, Suite 801
New York, NY 10017

Lendora Capital, LLC
c/o Sun Equity Partners
Attn: Mr. Borelo
31 West 34th Street, Suite 1012
New York, NY 10001

Lendora Capital, LLC
c/o Sun Equity Partners
Attn: Mr. Borelo
31 West 34th Street,  Suite 1012
New York, NY 10001

Lewis Bris Bois
c/o Jeffrey Kass
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071

Louisiania Department of Revenue
617 N. 3rd Street
Baton Rouge, LA 70802

Maryland Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411

Mason Marketing Group
c/o Zachary Belyew
2446 Forest Leaf Pkwy
Wildwood, MO 63011

META
c/o Diana Valeria Centeno
1601 Willow Road
Menlo Park, CA 94025

Michigan Department of Treasury
P.O. Box 30778
Lansing, MI 48909

Missouri Department of Revenue
P.O. Box 840
Jefferson City, MO 65105

National Funding, Inc
c/o Katie Chapman
9530 Towne Centre Drive, Suite 120
San Diego, CA 92121

Nevada Department of Revenue
1550 College Parkway
Suite 115
Carson City, NV 89706

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640

ODK Capital, LLC d/b/a On Deck Capital
c/o Samuel Botkin
4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009

Ohio Department of Revenue
P.O. Box 2678
Richmond, VA 23218

Ouiby Inc. d/b/a Kickfurther
c/o Heidimarie Gulisano
24th Floor Seneca One Tower
Buffalo, NY 14203

Ouiby Inc. d/b/a Kickfurther
c/o Heidimarie Gulisano
24th Floor Seneca One Tower
Buffalo, NY 14203

Parker Card
c/o Manik Chawla
2261 Market Street #4106
San Francisco, CA 94114

Quiby, Inc.
d/b/a Kickfurther
P.O. Box 21584
Boulder, CO 80308

Quiby, Inc. d/b/a Kickfurther
c/o Heidimarie Gulisano
24th Floor Seneca One Tower
Buffalo, NY 14203

RDM Capital Funding LLC d/b/a Fintap
c/o Juan Pablo Haskaj
30 Two Bridges Rd Suite 100
Fairfield, NJ 07004

RDM Capital Funding LLC d/b/a FinTap
Attn: Stephanie Suazo
777 Passaic Avenue, Suite 375
Clifton, NJ 07012

Red2Green
c/o David Koves
157 13th Street
Office #220
Brooklyn, NY 11215

Roy Finney
408 Larkhill Ct
Saint Louis, MO 63119

Shopify
c/o WebBank
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

Shopify
c/o WebBank
215 S. State Street
Suite 1000
Salt Lake City, UT 84111

Shopify
33 New Montgomery Street
Suite 750
San Francisco, CA 94105

Shopify Capital
c/o WebBank
215 S. State Street
Suite 1000
Salt Lake City, UT 84111

Slope Financial
c/o Ashish Jain
45 Lansing Street #905
San Francisco, CA 94105

Small Business Associates
c/o Ron Sadler
16522 Oak Forest Ct
Ballwin, MO 63011

Stephen H. Miller and Susan K. Miller
co-trustees of the Stephen H. Miller
and Susan K. Miller Revocable Trust
1729 Butternut Drive
Frontenac, MO 63131

U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

U.S. Small Business Administration
Little Rock Commercial Loan Servicing
2120 Riverfront Drive
Suite 100
Little Rock, AR 72202

U.S. Small Business Administration
10737 Gateway West
#300
El Paso, TX 79935

U.S. Small Business Administration
1545 Hawkins Blvd
Suite 202
El Paso, TX 79925

Unishippers
c/o Kevin Ferguson
420 W Huron St.
Chicago, IL 60654

US Bank
200 South Sixth St.
Minneapolis, MN 55401

Virginia Department of Revenue
P.O. Box 1880
Richmond, VA 23218

Washington Department of Revenue
P.O. Box 47464
Olympia, WA 98504

We Scale You Brand
c/o Frederick Rode
Elsterweg 35, 48167
Munster Germany

Zach Belyew
2446 Forest Leaf Pkwy
Ballwin, MO 63011

## United States Bankruptcy Court
### District of Delaware

In re    Agogie, Inc.

Debtor(s)

Case No

Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Hey Let's Train, LLC
7839 Stanford Avenue
Saint Louis, MO 63130

☐ None [*Check if applicable*]

02/17/2023
Date

Aaron J. Mottern, CEO
Agogie, Inc.

**United States Bankruptcy Court**
**District of Delaware**

In re    Agogie, Inc.                                                                 Case No.
_____    Chapter    **11**
                                    Debtor(s)                        _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Aaron J. Mottern**, declare under penalty of perjury that I am the **CEO** of **Agogie, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **17th** day of February__, 2023__ .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Aaron J. Mottern, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Aaron J. Mottern, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Aaron J. Mottern, CEO** of this Corporation is authorized and directed to employ **Jenny R. Kasen DE5849**, attorney and the law firm of **Kasen & Kasen, P.C.** to represent the corporation in such bankruptcy case."

Date    02/17/2023                    Signed    _____
                                                **Aaron J. Mottern**

**Agogie Inc**
**Balance Sheet**
**As of January 31, 2023**

|  | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Bank Accounts | 33,063.93 |
| Other Current Assets | |
| Inventory Other Current Assets | 24,701.40 |
| **Total Current Assets** | **$      57,765.33** |
| **Fixed Assets** | |
| Accumulated depreciation | 0.00 |
| Tools, machinery, and equipment | 1,500.00 |
| **Total Fixed Assets** | **$       1,500.00** |
| **Other Assets** | |
| Intellectual Property | 500.00 |
| **Total Other Assets** | **$         500.00** |
| **TOTAL ASSETS** | **$      59,765.33** |
| | |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Account Payables | 298,810.93 |
| Credit Cards | 230,829.16 |
| Lines of Credit | 636,739.84 |
| Inventory Financing | 525,124.68 |
| Loans | 1,688,647.66 |
| Accrued Payroll | 155,769.30 |
| Gift Card Outstanding | 4,234.38 |
| Sales tax to pay | 87,910.14 |
| Unpaid Rent | 840,000.00 |
| **Total Current Liabilities** | **$  4,468,066.09** |
| Long-Term Liabilities | 100,000.00 |
| **Total Liabilities** | **$  4,568,066.09** |
| **Equity** | |
| Common stock | 1,197.51 |
| Opening balance equity | -34,806.71 |
| Retained Earnings | -3,207,063.33 |
| Net Income | -1,267,628.23 |
| **Total Equity** | **-$ 4,508,300.76** |
| **TOTAL LIABILITIES AND EQUITY** | **$      59,765.33** |

| AGOGIE INC - Cashflow | |
|---|---|
| | |
| | **Jan 2023** |
| **Income** | |
| Product Sales | 41,319.00 |
| Returns | 8,929.74 |
| **Cost of Goods Sold** | |
| Processing Fees | 952.10 |
| Product Shipping - COGS | 5,692.62 |
| **Total Cash In** | 25,744.54 |
| | |
| **Expenses** | |
| Advertising & Marketing | |
| Advertising Media | |
| Software | 484.23 |
| Bank Charges & Fees | |
| E Commerce Website | 1,104.49 |
| Legal & Professional Services | 15,000.00 |
| Operations | |
| Contractors | |
| Insurance | |
| Payroll Expenses | |
| Total Operations | |
| Rent & Lease | 1,941.06 |
| Office Supplies | |
| Office Phone | 24.00 |
| Travel | 477.08 |
| Warehouse Closing | 1,333.93 |
| **Total Expenses** | 20,364.79 |
| | |
| **Inventory Purchase** | |
| **Inventory Duties & Shipping** | 150.00 |
| **Total Inventory** | 150.00 |
| | |
| **Expenses + Inventory** | 20,514.79 |
| | |
| **Cash In (period)** | 25,744.54 |
| **Cash Out (period)** | 20,514.79 |
| **Net Cash (period)** | 5,229.75 |
| **Cash on Hand (cumulative)** | 33,063.93 |

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

OMB No. 1545-0123

For calendar year 2021, or tax year beginning _____ , ending _____

▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

**2021**

**A** Principal business activity
DESIGN AND RETAIL

**B** Principal product or service
TRAINING APPAREL

**C** Business code number
423910

Type or Print

Name of partnership
AGOGIE, LLC

Number, street, and room or suite no. If a P.O. box, see instructions.
1317 HORAN DRIVE

City or town, state or province, country, and ZIP or foreign postal code
FENTON                     MO 63026

**D** Employer identification number
32-0526820

**E** Date business started
03/09/2017

**F** Total assets
$ 827,535.

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 12

**J** Check if Schedules C and M-3 are attached ................................................................ ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

## Income

| | | |
|---|---|---|
| 1a Gross receipts or sales | 1a 4,389,497. | |
| b Returns and allowances | 1b 415,833. | |
| c Balance. Subtract line 1b from line 1a | 1c | 3,973,664. |
| 2 Cost of goods sold (attach Form 1125-A) | 2 | 1,836,281. |
| 3 Gross profit. Subtract line 2 from line 1c | 3 | 2,137,383. |
| 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | 10,654. |
| 7 Other income (loss) (attach statement) SEE STATEMENT 1 | 7 | 50,561. |
| 8 Total income (loss). Combine lines 3 through 7 | 8 | 2,198,598. |

## Deductions (see instructions for limitations)

| | | |
|---|---|---|
| 9 Salaries and wages (other than to partners) (less employment credits) | 9 | 535,677. |
| 10 Guaranteed payments to partners | 10 | |
| 11 Repairs and maintenance | 11 | 1,139. |
| 12 Bad debts | 12 | |
| 13 Rent | 13 | 98,736. |
| 14 Taxes and licenses SEE STATEMENT 2 | 14 | 79,050. |
| 15 Interest (see instructions) | 15 | 195,646. |
| 16a Depreciation (if required, attach Form 4562) | 16a 42,934. | |
| b Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c 42,934. |
| 17 Depletion (Do not deduct oil and gas depletion.) | 17 | |
| 18 Retirement plans, etc. | 18 | |
| 19 Employee benefit programs | 19 | |
| 20 Other deductions (attach statement) SEE STATEMENT 3 | 20 | 2,381,030. |
| 21 Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 21 | 3,334,212. |
| 22 Ordinary business income (loss). Subtract line 21 from line 8 | 22 | -1,135,614. |

## Tax and Payments

| | | |
|---|---|---|
| 23 Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 23 | |
| 24 Interest due under the look-back method-income forecast method (attach Form 8866) | 24 | |
| 25 BBA AAR imputed underpayment (see instructions) | 25 | |
| 26 Other taxes (see instructions) | 26 | |
| 27 Total balance due. Add lines 23 through 26 | 27 | |
| 28 Payment (see instructions) | 28 | |
| 29 Amount owed. If line 28 is smaller than line 27, enter amount owed | 29 | |
| 30 Overpayment. If line 28 is larger than line 27, enter overpayment | 30 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____
Signature of partner or limited liability company member

▶ _____
Date

May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No

## Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| DAVE FINKLANG | | | | P01331458 |

Firm's name ▶ ANDERS MINKLER HUBER & HELM LLP

Firm's address ▶ 800 MARKET STREET, SUITE 500
ST. LOUIS, MO 63101-2501

Firm's EIN ▶ 43-0831507

Phone no. (314)655-5500

LHA **For Paperwork Reduction Act Notice, see separate instructions.**       111001 11-29-21       Form **1065** (2021)

Form 1065 (2021)   **AGOGIE, LLC**                                    32-0526820   Page **2**

| Schedule B | Other Information |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return?  Check the applicable box: | | |
| **a** | ☐ Domestic general partnership   **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company   **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership   **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country   ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

111011  11-29-21                                           Form **1065** (2021)

15420314 781445 55309.200                    2021.03001 AGOGIE, LLC                    55309.21

Form 1065 (2021)      AGOGIE, LLC                                                    32-0526820      Page **3**

| Schedule B | Other Information *(continued)* | | Yes | No |
|---|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | | |
| 16 a | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions | | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return                                                                1 | | | |
| 18 | Enter the number of partners that are foreign governments under section 892 | | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners were not allowed a deduction under section 267A? See instructions | | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ▶ $ | | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ▶ Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | | X |
| | Percentage:                    By Vote                    By Value | | | |
| 29 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ | | | |
| | If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶  HEY LET'S TRAIN, LLC

| U.S. address of PR ▶ | 1317 HORAN DRIVE  FENTON, MO  63026 | U.S. phone number of PR ▶ | 314-629-4505 |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR ▶ AARON J. MOTTERN

| U.S. address of designated individual ▶ | 7839 STANFORD AVE.  ST. LOUIS, MO 63130 | U.S. phone number of designated individual ▶ | 314-629-4505 |
|---|---|---|---|

111021 11-29-21

3

Form **1065** (2021)

Form 1065 (2021)    AGOGIE, LLC                                              32-0526820    Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

**Income (Loss)**

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) (page 1, line 22) | **1** | -1,135,614. |
| **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| **3a** | Other gross rental income (loss) ........ **3a** | | |
| **b** | Expenses from other rental activities (attach statement) ...... **3b** | | |
| **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| **4** Guaranteed payments: | **a** Services **4a** ........ **b** Capital **4b** | | |
| **c** | Total. Add lines 4a and 4b | **4c** | |
| **5** | Interest income                    SEE STATEMENT 4 | **5** | 1,186. |
| **6** | Dividends and dividend equivalents:  **a** Ordinary dividends | **6a** | |
| **b** Qualified dividends **6b** | **c** Dividend equivalents **6c** | | |
| **7** | Royalties | **7** | |
| **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| **b** | Collectibles (28%) gain (loss) ........ **9b** | | |
| **c** | Unrecaptured section 1250 gain (attach statement) **9c** | | |
| **10** | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| **11** | Other income (loss) (see instructions) Type ▶ | **11** | |

**Deductions**

| | | | |
|---|---|---|---|
| **12** | Section 179 deduction (attach Form 4562) | **12** | |
| **13a** | Contributions                    SEE STATEMENT 5 | **13a** | 1,968. |
| **b** | Investment interest expense | **13b** | |
| **c** | Section 59(e)(2) expenditures: **(1)** Type ▶                    **(2)** Amount ▶ | **13c(2)** | |
| **d** | Other deductions (see instructions) Type ▶ | **13d** | |

**Self-Employ-ment**

| | | | |
|---|---|---|---|
| **14a** | Net earnings (loss) from self-employment | **14a** | -790,027. |
| **b** | Gross farming or fishing income | **14b** | |
| **c** | Gross nonfarm income | **14c** | 1,507,967. |

**Credits**

| | | | |
|---|---|---|---|
| **15a** | Low-income housing credit (section 42(j)(5)) | **15a** | |
| **b** | Low-income housing credit (other) | **15b** | |
| **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| **d** | Other rental real estate credits (see instructions) Type ▶ | **15d** | |
| **e** | Other rental credits (see instructions)            Type ▶ | **15e** | |
| **f** | Other credits (see instructions)            Type ▶ | **15f** | |

**International Transactions**

| | | | |
|---|---|---|---|
| **16** | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ...... **X** | | |

**Alternative Minimum Tax (AMT) Items**

| | | | |
|---|---|---|---|
| **17a** | Post-1986 depreciation adjustment | **17a** | |
| **b** | Adjusted gain or loss | **17b** | |
| **c** | Depletion (other than oil and gas) | **17c** | |
| **d** | Oil, gas, and geothermal properties - gross income | **17d** | |
| **e** | Oil, gas, and geothermal properties - deductions | **17e** | |
| **f** | Other AMT items (attach statement) | **17f** | |

**Other Information**

| | | | |
|---|---|---|---|
| **18a** | Tax-exempt interest income | **18a** | |
| **b** | Other tax-exempt income | **18b** | |
| **c** | Nondeductible expenses                    SEE STATEMENT 6 | **18c** | 236. |
| **19a** | Distributions of cash and marketable securities | **19a** | |
| **b** | Distributions of other property | **19b** | |
| **20a** | Investment income | **20a** | 1,186. |
| **b** | Investment expenses | **20b** | |
| **c** | Other items and amounts (attach statement)            STMT 7 | | |
| **21** | Total foreign taxes paid or accrued | **21** | |

111041  11-29-21                                              Form **1065** (2021)

15420314 781445 55309.200                    2021.03001 AGOGIE, LLC                    55309.21

Form 1065 (2021)   AGOGIE, LLC                                                                    32-0526820    Page **5**

## Analysis of Net Income (Loss)

**1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 ....... | **1** | -1,136,396.

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | | -59,645. | -896,470. | | -180,281. |

## Schedule L | Balance Sheets per Books

| | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| **Assets** | (a) | (b) | (c) | (d) |
| **1** Cash | | 266,121. | | 50,223. |
| **2a** Trade notes and accounts receivable | | | 76,650. | |
| **b** Less allowance for bad debts | | | | 76,650. |
| **3** Inventories | | 176,101. | | 516,764. |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets (attach statement) | | | | |
| **7a** Loans to partners (or persons related to partners) | | | | |
| **b** Mortgage and real estate loans | | | | |
| **8** Other investments (attach statement) | | | | |
| **9a** Buildings and other depreciable assets | 15,787. | | 48,067. | |
| **b** Less accumulated depreciation | 15,787. | | 48,067. | |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | | | |
| **12a** Intangible assets (amortizable only) | 108,794. | | 108,794. | |
| **b** Less accumulated amortization | 27,603. | 81,191. | 36,523. | 72,271. |
| **13** Other assets (attach statement) | STATEMENT 8 | 25,014. | | 111,627. |
| **14** Total assets | | 548,427. | | 827,535. |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable | | | | 103,496. |
| **16** Mortgages, notes, bonds payable in less than 1 year | | 231,151. | | 987,160. |
| **17** Other current liabilities (attach statement) | STATEMENT 9 | 257,806. | | 754,101. |
| **18** All nonrecourse loans | | 34,828. | | 35,309. |
| **19a** Loans from partners (or persons related to partners) | | 33,444. | | 34,021. |
| **b** Mortgages, notes, bonds payable in 1 year or more | | 150,000. | | 100,000. |
| **20** Other liabilities (attach statement) | | | | |
| **21** Partners' capital accounts | | -158,802. | | -1,186,552. |
| **22** Total liabilities and capital | | 548,427. | | 827,535. |

## Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | |
|---|---|---|
| **1** Net income (loss) per books | -1,137,750. | **6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | **a** Tax-exempt interest $ _____ |
| **3** Guaranteed payments (other than health insurance) | | **7** Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | **a** Depreciation $ _____ |
| STMT 10  1,354. | | |
| **a** Depreciation $ _____ | | **8** Add lines 6 and 7 | |
| **b** Travel and entertainment $ _____ | 1,354. | **9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -1,136,396. |
| **5** Add lines 1 through 4 | -1,136,396. | | |

## Schedule M-2 | Analysis of Partners' Capital Accounts

| | | |
|---|---|---|
| **1** Balance at beginning of year | -153,055. | **6** Distributions: **a** Cash |
| **2** Capital contributed: **a** Cash | 110,000. | **b** Property |
| **b** Property | | **7** Other decreases (itemize): |
| **3** Net income (loss) (see instructions) | -1,136,396. | STMT 11  236. |
| **4** Other increases (itemize): | | **8** Add lines 6 and 7 | 236. |
| **5** Add lines 1 through 4 | -1,179,451. | **9** Balance at end of year. Subtract line 8 from line 5 | -1,179,687. |

111042 11-29-21                                                                    5                                               Form **1065** (2021)

COPY